AMY C. POYER (SBN 277315)
amy.poyer@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

*Attorneys for Specially Appearing Respondent*
*Regents of the University of Michigan*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>NADJA YANG,<br>Debtor.<br><br>NADJA YANG,<br>Movant,<br>v.<br>REGENTS OF THE UNIVERSITY OF MICHIGAN,<br>Respondent. | Case No. 3:26-cv-07302-WHO<br>(Bankr. N.D. Cal. Case No. 26-30507 WJL)<br><br>**SPECIALLY APPEARING RESPONDENT'S NOTICE OF ERRATA REGARDING OPPOSITION TO DEBTOR'S MOTION TO WITHDRAW THE REFERENCE OF SANCTIONS PROCEEDING**<br><br>Assigned to the Honorable William H. Orrick |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Specially Appearing Respondent Regents of the University of Michigan (the "University") hereby submits this Notice of Errata regarding its Opposition to Debtor's Motion to Withdraw the Reference of Sanctions Proceeding (ECF No. 6, filed July 30, 2026) (the "Opposition"). The University continues to appear specially and solely for the limited purpose of opposing the Debtor's motion, and expressly reserves all rights, defenses, and immunities (including Eleventh Amendment sovereign immunity).

The Opposition states, at page 2, lines 19 through 21:

> "The Debtor did not seek a stay of the dismissal order. Instead, on June 29, 2026, she simultaneously moved to alter or amend the dismissal order (RJN, Ex. D, at 1-9) and appeal from it (RJN, Ex. D, at 10-13)."

That passage inaccurately described the Debtor's June 29, 2026 motion, which requested a stay of the dismissal order among other relief. The passage is corrected to read:

> "The Debtor did not obtain a stay of the dismissal order. On June 29, 2026, she simultaneously moved to alter or amend the dismissal order (RJN, Ex. D, at 1–9), requesting among other relief a stay of the dismissal order pending resolution of that motion and, in the alternative, pending appeal (*id.* at 8–9), and appealed from it (RJN, Ex. D, at 10–13)."

A corrected version of the Opposition, revising only that passage, is attached hereto as Exhibit A. A redline showing the correction is attached hereto as Exhibit B.

The correction does not affect the arguments presented in the Opposition or the relief requested.

Dated: August 26, 2026

**BARNES & THORNBURG LLP**

By: *<u>/s/ Amy C. Poyer</u>*

Amy C. Poyer

*Attorneys for Specially Appearing Respondent*
*Regents of the University of Michigan*



BARNES & THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES