# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education (CLE) Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio, **Robert Christopher Folland** (Attorney Reg. No. **0065728**) was admitted to the practice of law in Ohio on **November 30, 1995**; has registered as an **active** attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio do not indicate that the Board of Professional Conduct has filed a report recommending that the Supreme Court impose discipline against Robert Christopher Folland pursuant to Gov.Bar R. V ("Disciplinary Procedure"). I further certify that the records of the Clerk's Office do not indicate that the Supreme Court has imposed discipline against Robert Christopher Folland pursuant to Gov.Bar R. V. I further certify that the records of the Clerk's Office do not indicate that a disciplinary matter was or is currently pending against Robert Christopher Folland with the Supreme Court.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 2nd day of September, 2026.

Michel Jendretzky
*Director, Office of Attorney Services*

Shannon B. Scheid

Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2026-09-02-1
Verify by email: GoodStandingRequests@sc.ohio.gov